UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS G. ROLAND, MARCIA R. ROLAND, DANIEL ROLAND, RANDALL C. KAUFFMAN, THANA M. KAUFFMAN, BRETT L. MOORE, KATHLEEN A. MOORE, RICHARD PETERSON, GREGORY SEMON, and TERRI SEMON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MESA RESOURCES, INC.; ALTA MESA SERVICES, LP, ALTA MESA HOLDINGS, LP, AM IDAHO LLC, HIGH MESA HOLDINGS, LP, HIGH MESA SERVICES, LLC, and NORTHWEST GAS PROCESSING, LLC, (including affiliated predecessors and affiliated successors),<br><br>Defendants. | Case No. 1:19-cv-00212-DCN<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

The above parties, having stipulated to the dismissal without prejudice of all claims against Defendants Alta Mesa Resources, Inc., Alta Mesa Holdings, LP, and Alta Mesa Services, LP, the Court hereby makes the stipulation the order of the Court and dismisses all claims against each of those three Defendants without prejudice.  This order renders the Motion to Sever (Dkt. 10) as moot.

DATED: December 3, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE - 1